12-15-00071-CR

HAROLD BASS

VS.

STATE OF TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District
NOV 30 2015
TYLER TEXAS
PAM ESTES, CLERK

IN THE COURT OF APPEALS
12TH JUDICIAL DISTRICT
TYLER TEXAS

## APPELLANT'S MOTION TO OBTAIN RECORD

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES HAROLD BASS, APPELLANT, IN THE ABOVE STYLED AND NUMBERED CAUSES, AND WOULD SHOW THE COURT AS FOLLOWS:

### I. FACTUAL AND PROCEDURAL BACKGROUND

JAMES HUGGLER JR WAS APPOINTED COUNSEL FOR PURPOSES OF THIS APPEAL. APPELLATE COUNSEL HAS REVIEWED THE RECORD AND FILED IN COMPLIANCE WITH ANDERS V. CALIFORNIA 386 U.S. 738, 87 S. CT. 1396, 18 L. ED. 2D 493 (1967). COUNSEL HAS ALSO FILED A MOTION TO WITHDRAW.

### II. GROUNDS

IN ORDER TO FILE A PRO SE BRIEF IN THIS CASE, IT IS NECESSARY TO REVIEW THE RECORD. COUNSEL HAS EXPLAINED THE RIGHTS THE ABILITY TO PURSUE HIS OWN APPEAL. APPELLANT DESIRES TO SUBMIT HIS OWN APPEAL. HOWEVER, HAVING BEEN APPOINTED APPELLATE COUNSEL, THE TRIAL COURT HAS FOUND HAROLD BASS IS INDIGENT. THE COURT OF CRIMINAL APPEALS HAS STATED THAT APPELLATE COUNSEL HAS A DUTY IN AN ANDERS BRIEF IS FILED, TO FILE A MOTION TO WITHDRAW AS WELL AS A MOTION TO ALLOW THE APPELLANT ACCESS TO THE RECORD IN THE CASE. KELLY V. STATE 436 S.W. 3D 313, 319-20 (TEX. CRIM APP. 2014.)

## III. PRAYER FOR RELIEF

APPELLANT REQUESTS THAT HE BE PROVIDED A COPY OF THE APPELLATE RECORD IN THIS CASE, OR THAT THIS COURT REMAND THE MATTER TO THE TRIAL COURT TO ALLOW MR. BASS A COPY OF THE RECORD, AND FOR OTHER RELIEF AS THE COURT MAY DEEM APPROPRIATE:

RESPECTFULLY SUBMITTED,

*Harold Bass*

HAROLD BASS
TDCJ #01989059
GURNEY UNIT
1385 FM 3328
TENNESSEE COLONY, TX. 75803

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING MOTION HAS BEEN DELIVERED TO MICHAEL WEST, COUNSEL FOR THE STATE AT THE ADDRESSES LISTED BELOW ON THIS THE 21st DAY OF NOVEMBER 2015 BY HAND DELIVERY OR REGULAR MAIL OR THE STATE OF TEXAS ELECTRONIC FILING SYSTEM

: 12TH JUDICIAL DISTRICT COURT OF APPEALS
: JAMES HUGGLER JR.
CC: MICHAEL WEST
SMITH COUNTY DISTRICT ATTORNEY'S OFFICE
100 NORTH BROADWAY/ 4TH FLOOR
TYLER, TX 75702

*Harold Bass*

HAROLD BASS

PAGE 2 OF 2